Stephanie R. Tatar (237792)
THE TATAR LAW FIRM
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@TheTatarLawFirm.com
*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **NORMAN YOUNG**<br><br>  Plaintiff,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES LLC**<br>  Defendant. | **Case No: SACV 13-197-JVS-(ANx)**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC**<br><br>COMPLAINT FILED: OCTOBER 18, 2012 |

IT IS HEREBY STIPULATED by and between Plaintiff Anita Henry and Defendants Equifax Information Services, LLC ("Equifax") that Plaintiff's claims against Equifax in the above action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  Each side shall bear his or its own attorneys' fees and costs incurred herein.

| | |
|---|---|
| Dated:  December 6, 2013 | Respectfully submitted, |

/s/ *Stephanie R. Tatar*
Stephanie R. Tatar
The Tatar Law Firm
3500 West Olive Avenue
Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695


/s/Thomas P. Quinn
Thomas P. Quinn
**NOKES AND QUINN APC**
410 Broadway, Suite 200
Laguna Beach, CA 92651
Telephone: (949) 376-3500
Facsimile: (949) 376-3070

*Attorney for Defendant*
*Equifax Information Services LLC*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

# CERTIFICATE OF SERVICE

I, Geoffrey H. Baskerville, hereby certify that, on this date, I caused a true and correct copy of the foregoing Stipulation for Dismissal with Prejudice between Plaintiff Amanda Ferguson and Defendant Experian Information Solutions, Inc. to be served via e-mail, upon the following individual:

Thomas P. Quinn
**NOKES AND QUINN APC**
410 Broadway, Suite 200
Laguna Beach, CA 92651
Telephone: (949) 376-3500
Facsimile: (949) 376-3070

Dated: December 6, 2013          Respectfully submitted,

/s/ *Stephanie R. Tatar*
Stephanie R. Tatar
The Tatar Law Firm
3500 West Olive Avenue
Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695

STIPULATION FOR DISMISSAL
Case No. SACV 13-197-JVS-(ANx)